# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00827-CV

### W. L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 294,613-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant W. L. filed her notice of appeal on November 12, 2019. The appellate record was complete November 22, 2019, making appellant's brief due December 12, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Edith Kohutek to file appellant's brief no later than January 2, 2020. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 17, 2019.

Before Justices Goodwin, Kelly, and Smith